FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUN -6 AM 11: 39

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
~~AUGUSTA~~ DIVISION
Dublin

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Indictment No. |
| ) | |
| TREVOLIS RAJON CONEY ) | CR318- 007 |
| ) | |
| SHANETRA CONEY ) | |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process.

So ORDERED this __6Th__ day of June 2018.

_____
United States Magistrate Judge
Southern District of Georgia