IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 318-007 |
| | ) | |
| TREVOLIS RAJON CONEY | ) | |
| SHANETRA CONEY | ) | |

**O R D E R**

Counsel have advised the Court all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 84.) Therefore, a hearing on the motions referred to the undersigned is not necessary, and all such motions are **MOOT**. (Doc. nos. 37-54, 57-66, 68-75, 77, 78.)

SO ORDERED this 10th day of September, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA