FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 OCT 26  PM 2:54

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

UNITED STATES OF AMERICA    )
    )
VS.    )    CASE NO: CR 318-007
    )
SHANETRA CONEY    )

## ORDER

The defendant, Shaetra Coney, was dismissed by this Court's Order dated 10/12/2018

granting the Government's motion to dismiss this case with prejudice. Surety, Shanetra Coney,

has requested the return of the $2,000.00 cash security posted on the defendant's $20,000.00

bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,000.00 posted

by Shanetra Coney for defendant, plus all accrued interest thereon, be returned to Shanetra

Coney at 719 Aaron Rd., East Dublin, GA 31027.

This 26 day of October 2018 at Augusta, Georgia.

_____
DUDLEY H. BOWEN, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA