UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 SEP 30 PM 3:59
CLERK_____
SO. DIST OF GA.

IN RE: )
)
LEAVE OF ABSENCE REQUEST ) Case Nos.:
PATRICIA G. RHODES )
October 29, 2019 through October 31, )
2019. ) CR318-007, T. Coney, et. al.
)
)

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for the dates of October 29, 2019 through October 31, 2019 to attend CLE training at the National Advocacy Center; same is hereby GRANTED.

This 30th day of September, 2019.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA